# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO: 6:12-cr-81-Orl-22GJK

LYSANDER ANTHONY WEAVER

---

## ORDER AND NOTICE OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 16), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on July 16, 2014.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered July 16, 2014 (Doc. No. 16), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant shall personally appear before this court on **THURSDAY, August 21, 2014, at 9:15 A.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why supervised release should not be revoked.

**DONE and ORDERED** in Chambers, Orlando, Florida on August 7, 2014.

JOHN ANTOON II
United States District Judge
(signed in the absence of
  Chief Judge Anne C. Conway)

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Lysander Anthony Weaver